Thomas R. Brooksbank, Esq.
Nevada Bar No. 2674
Brooksbank & Associates
689 Sierra Rose Drive Ste A-2
Reno NV 89511
(775) 329-5230
Attorney for Plaintiff

U.S. DISTRICT COURT
DISTRICT OF NEVADA
FILED
FEB 22 2006
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT

DISTRICT (

3:06-CV-00100

ERIC MAKI,

   Plaintiff,

vs.

PATENAUDE & FELIX, APC,

   Defendant.

COMPLAINT AND DEMAND FOR JURY TRIAL (UNLAWFUL DEBT COLLECTION PRACTICES)

Plaintiff, ERIC MAKI, by and through his undersigned counsel, complains and alleges as follows:

I. INTRODUCTION

1. This is an action for actual, statutory and punitive damages brought by ERIC MAKI, an individual consumer against PATENAUDE & FELIX, APC, for violations of the Fair Debt Collection Practices Act, 15 USC §1692, et seq., (hereinafter referred to as "FDCPA") which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

II. JURISDICTION AND VENUE

2. Jurisdiction of this Court arises under 15 USC §1692k(d), 28 USC §1337. Venue in this District is proper in that the defendants transact business here and the conduct complained of occurred here.

III. PARTIES

3. Plaintiff, ERIC MAKI, is a natural person residing in Washoe County, Nevada.

Paid Amt $ 250.00   Date 2/22/06

Receipt # 18640   Initials QRM

COMPLAINT - 1

4. Defendant, PATENAUDE & FELIX, is a law firm engaged in the business of collecting consumer debts and regularly collects consumer debts. It is accordingly a "debt collector" as defined in the FDCPA. 15 U.S.C. §1692a.

## IV. FACTS

5. In the fall of 2005, Palisades Collection LLC, retained the defendant law firm to collect a consumer debt originally owed by Providian Bank and assigned to Palisades Collection LLC, from plaintiff.

6. Prior to filing suit the defendant's collectors contacted plaintiff by telephone and attempted to obtain payment from plaintiff.

7. Plaintiff informed the collector that plaintiff was represented by an attorney and provided defendant with the attorney's name and phone number.

8. The collector responded that she did not want to deal with plaintiff's attorney rather she wanted to resolve the claim directly with the plaintiff.

9. The collector continued to harass the plaintiff and threatened to garnish his wages and lien his house if plaintiff did not immediately settle the claim for $2,500.

10. The collector falsely represented to plaintiff that the lowest settlement authority she had was for $2,500.

## V. FDCPA VIOLATIONS

11. In the course and scope of attempting to collect a consumer debt from the plaintiff, the defendant violated the FDCPA in the following respects.

(a) Failing to provide plaintiff with the 15 USC §1692 validation notice within five (5) days of the first communication.

(b) Contacting and communicating directly with a consumer when the debt collector knows that the consumer is represented by an attorney in violation of 15 USC §1692c(a)(2).

(c) making false, deceptive and misleading representations and threats concerning garnishing plaintiff's wages and liening his home in violation of 15 USC §1692e.

(d)     misrepresenting the minimum acceptable settlement amount and/or authority in violation of 15 USC §1692e.

(e)     misrepresenting the legal status of the debt by threatening garnishment and liens prior to suit and/or prior to obtaining judgment in violation of 15 USC §1692e.

12.     As a direct and proximate result of the defendant's FDCPA violations, plaintiff is entitled to recover actual damages, statutory damages, attorney's fees and costs of suit.

## VII. JURY DEMAND

13.     Plaintiff demands trial by jury.

WHEREFORE, Plaintiff respectfully prays that judgment be entered against the defendant as follows:

1.     For the FDCPA violations, actual damages, statutory damages, costs and attorney's fees pursuant to 15 U.S.C. §1692k;

2.     For punitive damages;

3.     For such other relief as deemed appropriate by this court.

DATED this 17 day of February, 2006.

BROOKSBANK & ASSOCIATES

By _____
THOMAS R. BROOKSBANK, ESQ.
(775) 329-5230
Attorney for Plaintiff

COMPLAINT - 3